THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CYNTHIA B., | CASE NO. C19-5032-JCC |
| Plaintiff, | ORDER |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

This matter comes before the Court on the report and recommendation of the Honorable Theresa L. Fricke (Dkt. No. 11). The Court, having reviewed Plaintiff's complaint (Dkt. No. 1), the report and recommendation (Dkt. No. 11), and the relevant record, hereby FINDS and ORDERS that:

1. The report and recommendation (Dkt. No. 11) is APPROVED and ADOPTED;
2. The administrative law judge's decision is REVERSED; and
3. This matter is REMANDED to the Commissioner for further administrative proceedings.

DATED this 25th day of November 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE