THE HONORABLE JOHN C. COUGHENOUR

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CYNTHIA BASDEKIAN-GABRIEL,

                    Plaintiff,

        v.

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.

CASE NO. C19-5032-JCC

ORDER AND JUDGMENT

Based on the stipulation of the parties, it is hereby ORDERED AND ADJUDGED that, pursuant to 42 U.S.C. § 405(g), the Court affirms the October 15, 2020, fully favorable final decision of the Commissioner of Social Security awarding disability benefits to Plaintiff under Titles II and XVI of the Social Security Act.

Judgment is entered for Plaintiff, and this case should be closed.

DATED this 21st day of January 2021.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER AND JUDGMENT
C19-5032-JCC
PAGE - 1