THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CYNTHIA BASDEKIAN-GABRIEL,

                Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

CASE NO. C19-5032-JCC

ORDER

This matter comes before the Court on the parties' stipulated motion for an award of attorney fees and costs to Plaintiff pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412 (Dkt. No. 16). Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion and ORDERS that:

Pursuant to the EAJA, Plaintiff is awarded attorney fees in the amount of $4,269.89 and costs in the amount of $400.00, subject to any offset allowed under the Treasury Offset Program as described in *Astrue v. Ratliff*, 560 U.S. 586 (2010). If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees are not subject to any offset, then the check or checks for EAJA fees shall be made payable to Plaintiff's attorney, Amy Gilbrough, based on Plaintiff's assignment of these amounts to counsel. (*See* Dkt. No. 16-4.) The check or checks shall be mailed to Plaintiff's counsel at the following address: Law Offices of Amy Gilbrough, 1904 Third Ave., Suite 1030, Seattle, WA 98101.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DATED this 28th day of January 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE